W. Dan Lee (SBN 289526)
[Email: dlee@metallawgroup.com]
Nicole Z. Davidson (SBN 302783)
[Email: ndavidson@metallawgroup.com]
**M.E.T.A.L. LAW GROUP, LLP**
725 S. Figueroa Street, Suite 3065
Los Angeles, California 90017
Tel: (323) 289-2260 | Fax: (323) 289-2261

Attorneys for Respondent ZYPPAH, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. ALLEMEIER, JR.,<br><br>              Petitioner,<br><br>vs.<br><br>ZYPPAH, INC.<br><br>              Respondent. | Case No. 2:18-cv-07437-PA-AGR<br><br>**DECLARATION OF NICOLE Z. DAVIDSON RE: COMPLIANCE WITH COURT ORDER GRANTING PETITIONER'S MOTION TO COMPEL ARBITRATION** |

## <u>DECLARATION OF NICOLE Z. DAVIDSON</u>

I, Nicole Z. Davidson, declare that:

1.     I am an attorney at  M.E.T.A.L. LAW GROUP, LLP located at 725 S. Figueroa Street, Suite 3065, Los Angeles, California and one of the attorneys of record for Respondent, ZYPPAH, INC. ("Zyppah" or "Respondent") in the above captioned matter.

2.       This declaration is made on the basis of my personal knowledge.  I am competent to testify to the matters of fact set forth hereinabove and if called upon as a witness, will competently testify as I have stated in this declaration.

3.        On September 21, 2018, the Court issued an Order (Docket No. 23) (the "Order") granting Daniel R. Allemeier, Jr.'s ("Allemeier" or "Petitioner") Motion to Compel Arbitration and ordering Zyppah to pay its share of the American Arbitration Association's ("AAA") filing fee on or before October 15, 2018.  The Court also directed the parties to submit declarations affirming compliance with the Court's Order.

4.       Zyppah has complied with the Order and paid the fees required by AAA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 22, 2018 in Los Angeles, California.


By: /s/ Nicole Z. Davidson

Nicole Z. Davidson


2

**DECLARATION OF NICOLE Z. DAVIDSON RE: COMPLIANCE WITH COURT ORDER GRANTING PETITIONER'S MOTION TO COMPEL ARBITRATION**