Daniel R. Allemeier, Sr.
CA Bar No. 84768
150 SE Four Winds Drive, #409
Stuart, Florida 34996
310-780-2660
drallemeier@sbcglobal.net

*Attorney for Petitioner, Daniel R. Allemeier, Jr.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL R. ALLEMEIER, JR., <br><br> Petitioner, <br><br> v. <br><br> ZYPPAH, INC., <br><br> Respondent | Case Number <br> 2:18-cv-07437-PA-AGR <br><br> DECLARATION OF <br> DANIEL R. ALLEMEIER, SR., RE: <br> COURT ORDER GRANTING <br> PETITIONER'S MOTION <br> TO COMPEL ARBITRATION |

## DECLARATION OF DANIEL R. ALLEMEIER, SR.

I, Daniel R. Allemeier, Sr. declare that:

1. I am sole practitioner attorney for Petitioner, Daniel R. Allemeier, Jr. ("Petitioner" or "Allemeier") and am located at 150 SE Four Winds Drive, #409, Stuart, Florida.

2. This declaration is based on my personal knowledge; I am competent to testify to the matters set forth herein; and if called upon as a witness, will competently testify as I have stated herein.

3. On September 21, 2018, this Court issued an order (ECF 23) granting

Allemeier's Motion to Compel Arbitration and ordering Zyppah, Inc., ("Respondent" or "Zyppah") to comply with the American Arbitration Association's ("AAA") requirements, including filing fees by October 15, 2018.

4. On September 25, 2018, Allemeier contacted the AAA requesting that the AAA reopen the previously terminated employment arbitration case based upon the September 21, 2018 Order of this Court, ordering Zyppah to arbitrate.

5. On September 28, 2018, the AAA reopened the previously terminated employment arbitration case and instructing Allemeier to pay an additional $100.00 and Zyppah to pay the employer's $1900.00 filing fee.

6. On October 15, 2018, the AAA advised the undersigned that Zyppah had paid the $1900.00 filing fee.

7. Because Zyppah had filed a Complaint in the Superior Court of California for the County of Los Angeles, alleging tort claims related to the Zyppah-Allemeier Employment Contract, Allemeier filed a Motion to Compel Arbitration in the Superior Court and thereafter, on October 15, 2018, asked the AAA to stay the arbitration until a decision on the most recent Motion to Compel Arbitration is issued by the Superior Court.

8. On October 15, 2018, the AAA granted a 60-day stay of the arbitration pending a decision on the most recent Motion to Compel by the Superior Court.

I declare under penalty of perjury under the laws of the State of California

that the foregoing is true and correct.  Executed on October 23, 2018, in Castelinna Marittima, Pisa Provence, Italy.

> By:____/s/ Daniel R. Allemeier, Sr._____
> Daniel R. Allemeier, Sr.
> 150 SE Four Winds Drive, #409
> Stuart. FL 34996
> 310-780-2660
> drallemeier@sbcglobal.net

DECLARATION OF DANIEL R. ALLEMEIER, SR. - 3